**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICOLE HECTOR,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-0293 |
| v. | : | (JUDGE MANNION) |
| **BLUE CROSS OF NORTHEASTERN PENNSYLVANIA,** | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Blue Cross of Northeastern Pennsylvania's motion to partially dismiss the plaintiff's complaint, **(Doc. 8)**, is **GRANTED, IN PART, AND DENIED, IN PART**;

**(2)** defendant's motion to partially dismiss is **GRANTED** to the extent the plaintiff's demand for relief contained in sub-paragraph "d" of the ad damnum clause is **STRICKEN**;

**(3)** the plaintiff's claim of actual disability discrimination under the ADA and the PHRA is **DISMISSED WITHOUT PREJUDICE**; and

**(4)**    the plaintiff shall file an Amended Complaint on or before **October 14, 2016**.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: September 19, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0293-01-ORDER.wpd